■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT M. AUSTIN, Appellant. [20 NYS3d 891]—Judgment, Supreme Court, New York County (Lynn R. Kotler, J., at plea; Patricia M. Nunez, J., at sentencing), rendered September 6, 2012, as amended November 19, 2012, convicting defendant of grand larceny in the third degree, and sentencing him to a term of one year, unanimously affirmed.

Defendant's claim that his plea allocution was deficient because the court omitted the word "jury" from its reference to giving up the right to a trial is a claim requiring preservation (*see People v Jackson*, 123 AD3d 634 [1st Dept 2014], *lv denied* 25 NY3d 1202 [2015]), and we decline to review this unpreserved claim in the interest of justice. As an alternative holding, we find that the record establishes the voluntariness of the plea (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). Concur—Tom, J.P., Renwick, Saxe and Kapnick, JJ.